IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

OCT 16 2024



DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:24-00185 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924 |
| | ) | 18 U.S.C. § 924(c) |
| DESMOND JONES | ) | 21 U.S.C. § 841(a)(1) |

# I N D I C T M E N T

## COUNT ONE

THE GRAND JURY CHARGES:

On or about August 9, 2023, in the Middle District of Tennessee, the defendant, **DESMOND JONES**, possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, and a mixture and substance containing a detectable amount of oxycodone, all Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about August 9, 2023, in the Middle District of Tennessee, the defendant, **DESMOND JONES**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Controlled Substances.

In violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about August 9, 2023, in the Middle District of Tennessee, the defendant, **DESMOND JONES**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Glock GmbH model 23 caliber .40 pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE ALLEGATION

1.      The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2.      Upon conviction, the defendant, **DESMOND JONES**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of the offense, including the Glock GmbH model 23 caliber .40 pistol and related ammunition.

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*Rachel M Stephens*

RACHEL M. STEPHENS
ASSISTANT UNITED STATES ATTORNEY